IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
JANUARY 2023 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.  7:23CR1 |
| | ) | |
| v | ) | **INDICTMENT** |
| | ) | |
| ROBERT JUNIOR OVERSTREET, II | ) | **In Violation of:** |
| | ) | |
| | ) | Title 18, U.S.C., §922(g)(1) |

## COUNT ONE

The Grand Jury charges:

1. On or about December 14, 2022, in the Western District of Virginia, the defendant, ROBERT JUNIOR OVERSTREET, II, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit a Springfield Model XDM 10mm pistol.  Said firearm had previously been shipped and transported in interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Sections 922(g)(1).

## NOTICE OF FORFEITURE

1. Upon conviction of the felony offense alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

   b. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. §

853(a)(1).

c. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

d. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

a. **Firearms**

1) A Springfield model XDM 10mm pistol, serial #AT118851
2) All ammunition, magazines, and accessories associated with this firearm

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this \_\_\_19th\_\_\_ day of January, 2023.

/s/ *Grand Jury Foreperson*
FOREPERSON

*for* CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY