AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROBERT JUNIOR OVERSTREET, II FILED AS A DETAINER WITH ROANOKE CITY JAIL | ) ) ) ) ) | Case No. 7:23CR1 |
| *Defendant* | | |

Received
U.S. Marshals Service
Roanoke, VA
04:00 pm, January 19, 2023

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Robert Junior Overstreet, II                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18:922(g)(I)-Prohibit person in possession of firearm.

Date:   01/19/2023                                       _____, Deputy Clerk
                                                         *Issuing officer's signature*

City and state:   Roanoke, Virginia                      Elizabeth K. Dillon, United States District Judge
                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/19/2023, and the person was arrested on *(date)* 1/19/2023
at *(city and state)*   Roanoke, VA.

Date:   1/19/2023                                        *Cliff Eaton*
                                                         *Arresting officer's signature*

                                                         Cliff Eaton, SDUSM
                                                         *Printed name and title*